IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CRIMINAL NO. 07-40011-JPG |
| JEFF KLOPE, | ) |
| | ) Title 29, U.S.C. § 501(c) |
| Defendant. | ) |

**FILED**
JAN 1 1 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

## INDICTMENT

**THE GRAND JURY CHARGES:**

**EMBEZZLEMENT OF LABOR UNION ASSETS**

From on or about October 2002 and continuing through on or about April 2005, in Saline County, within the Southern District of Illinois,

**JEFF KLOPE,**

defendant herein, while an officer, that is Secretary-Treasurer of the International Brotherhood of Boilermakers, Local S-8 union, of a labor organization engaged in an industry affecting commerce, did embezzle and unlawfully and willfully abstract and convert to his own use the funds and assets of the International Brotherhood of Boilermakers Local S-8 union in the approximate amount of $25,794.

All in violation of Title 29, United States Code, Section 501(c).

A TRUE BILL

_____
FOREPERSON

_____
NORMAN R. SMITH
Assistant United States Attorney

_____
RANDY G. MASSEY
Acting United States Attorney

Recommended Bond: $25,000 unsecured